**PHILLIPS v. TRIANGLE WOMEN'S HEALTH CLINIC, INC.**

[357 N.C. 576 (2003)]

MICHELLE BATTLE PHILLIPS v. A TRIANGLE WOMEN'S HEALTH CLINIC, INC. AND STUART L. SCHNIDER, M.D.

No. 81A03

(Filed 7 November 2003)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 155 N.C. App. 372, 573 S.E.2d 600 (2002), affirming in part and reversing in part orders entered 26 October 2000 and 6 August 2001 by Judge Abraham Penn Jones, and orders entered 19 March 2001 and 6 August 2001 by Judge Donald W. Stephens, in Superior Court, Wake County. On 12 June 2003, the Supreme Court granted discretionary review of additional issues. Heard in the Supreme Court 16 October 2003.

*Burford & Lewis, PLLC, by Robert J. Burford and James W. Vaughan, for plaintiff-appellant and -appellee.*

*Yates, McLamb & Weyher, L.L.P., by John W. Minier, for defendant-appellant and -appellee Stuart L. Schnider, M.D.*

PER CURIAM.

AFFIRMED; DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.